UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Maria Tapia−Rendon

                        Plaintiff,

v.                                                     Case No.: 1:21−cv−03400
                                                    Honorable Matthew F.
                                                    Kennelly

Employer Solutions Staffing Group II, LLC, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, December 19, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's claims against defendant Employer Solutions Staffing Group II, LLC are dismissed with prejudice and without costs pursuant to stipulation. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.