# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARIA TAPIA-RENDON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED TAPE & FINISHING CO., INC.; and EASYWORKFORCE SOFTWARE, LLC<br><br>*Defendants*. | Case No. 1:21-cv-3400<br><br>Judge: Hon. Matthew F. Kennelly<br><br>Magistrate: Hon. Beth W. Jantz |

## PLAINTIFF'S UNOPPOSED MOTION
## TO EXTEND PRELIMINARY APPROVAL DEADLINE

Plaintiff Maria Tapia-Rendon, by and through her undersigned counsel, respectfully moves the Court to extend her time to file her preliminary approval motion from September 20, 2022 to September 27, 2022. In support of her motion, she states as follows:

1.      Plaintiff and Defendant United Tape & Finishing Co., Inc. ("United Tape") reached an agreement in principle on the terms of a class action settlement on July 12, 2022.

2.      Since then, the parties have worked to reduce the agreement to a term sheet, which was signed on August 31, 2022, and then to a full settlement agreement, and to locate and retain an acceptable settlement administrator.

3.      Plaintiff's counsel drafted a proposed settlement agreement and accompanying class notice documents and sent them to United Tape's counsel on September 6, 2022, one week after the execution of the term sheet and two full weeks before the deadline to file for preliminary approval.

4.  Defendant's counsel sent proposed edits to the settlement agreement and notices at 4:09 p.m. on September 13, 2022. Mindful of the upcoming preliminary approval deadline, Plaintiff's counsel responded regarding those edits later that day and provided United Tape with a settlement administrator's proposal at the same time. At 10:33 a.m. on September 15, 2022, Plaintiff's counsel accepted the changes to the class notices and provided United Tape with limited additional edits to the settlement agreement.

5.  While waiting for United Tape's additional edits to the settlement agreement, Plaintiff's counsel drafted her preliminary approval papers, and circulated the draft settlement agreement and notices to the settlement administrator for review and input.

6.  On September 20, 2022, Plaintiff's counsel emailed United Tape's counsel and stated Plaintiff's intent to file this motion. United Tape's counsel then responded, and stated its non-opposition to the relief sought in this motion, and that such should be sufficient time to finalize the settlement agreement.

7.  Because the parties do not yet have a finalized settlement agreement, much less a signed one, Plaintiff cannot file for preliminary approval of the settlement by the September 20, 2022 deadline.

8.  Accordingly, Plaintiff requests an additional seven days, to September 27, 2022, to address any additional edits to the agreement, finalize the agreement, obtain signatures, and file her preliminary approval papers.

9.  This motion is not brought for any improper purpose, nor will it cause any undue delay. Plaintiff's counsel acted swiftly to draft the settlement documents and respond to edits, solicit and engage a settlement administrator, and prepare her preliminary approval papers for filing by the Court's deadline. Plaintiff's counsel had Plaintiff on standby to execute the

agreement from Friday, September 16 through Tuesday, September 20.[1] Plaintiff also has her preliminary approval papers essentially ready to file, subject to confirming cross-references to the settlement agreement and then finalizing the documents for filing.

10. Prior to filing this motion, Plaintiff conferred with counsel for EasyWorkforce who confirmed that, like United Tape, EasyWorkforce has no objection to the relief sought.

WHEREFORE, Plaintiff Maria Tapia-Rendon respectfully requests that the Court extend her time to file for preliminary approval of her class action settlement from September 20, 2022 to September 27, 2022, and reset the September 28, 2022 preliminary approval hearing as necessary to allow the Court sufficient time to review the preliminary approval papers in advance of the hearing.

Dated: September 20, 2022

Respectfully submitted,

s/ J. Dominick Larry
One of Plaintiff's Attorneys

Thomas R. Kayes
THE CIVIL RIGHTS GROUP, LLC
2045 W. Grand Ave., Suite B, PMB 62448
Chicago, IL 60612
T: 708.722.2241
tom@civilrightsgroup.com

J. Dominick Larry
NICK LARRY LAW LLC
1720 W. Division St.
Chicago, IL 60622
T: 773.694.4669
F: 773.694.4691
nick@nicklarry.law

*Attorneys for Plaintiff and the Classes*

---

[1] While preparing the settlement documents, Plaintiff's counsel also prepared Plaintiff's position statement for her upcoming settlement conference with Magistrate Judge Jantz and Defendant EasyWorkforce Software, LLC, which she submitted as ordered on September 9, 2022.