UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA TAPIA-RENDON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED TAPE & FINISHING CO., INC.; and EASYWORKFORCE SOFTWARE, LLC<br><br>*Defendants*. | Case No. 1:21-cv-3400<br><br>Judge: Hon. Matthew F. Kennelly<br><br>Magistrate: Hon. Beth W. Jantz |

**PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff Maria Tapia-Rendon respectfully moves this Court pursuant to Fed. R. Civ. P. 23(e) for an order preliminarily approving her class action settlement with Defendant United Tape & Finishing Co., Inc., appointing her as class representative and her attorneys as class counsel, and approving of the proposed notice and directing its issuance. Plaintiff's motion is based on her accompanying memorandum of points and authorities, the declaration of Thomas R. Kayes, the declaration of J. Dominick Larry, and the exbibits thereto, all filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this Court: (1) appoint her as Class Representative; (2) appoint J. Dominick Larry of Nick Larry Law LLC and Thomas R. Kayes of the Civil Rights Group, LLC as Class Counsel; (3) preliminarily approve the proposed Settlement Agreement; (4) approve the form and methods of the proposed notice; (5) order the issuance of notice; and (6) grant such other relief as the Court deems reasonable and just.

Dated: September 27, 2022

Respectfully submitted,

**MARIA TAPIA-RENDON,** individually
and on behalf of all others similarly situated,

s/ J. Dominick Larry
One of Plaintiff's Attorneys

Thomas R. Kayes
THE CIVIL RIGHTS GROUP, LLC
2045 W. Grand Ave., Suite B, PMB 62448
Chicago, IL 60612
708.722.2241
tom@civilrightsgroup.com

J. Dominick Larry
NICK LARRY LAW LLC
1720 W. Division St.
Chicago, IL 60622
773.694.4669
nick@nicklarry.law

*Counsel for Plaintiff and the Proposed Class*