UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA TAPIA-RENDON, individually and on behalf of all others similarly situated, *Plaintiff*, v. UNITED TAPE & FINISHING CO., INC.; and EASYWORKFORCE SOFTWARE, LLC *Defendants*. | Case No. 1:21-cv-3400 Judge: Hon. Matthew F. Kennelly Magistrate: Hon. Beth W. Jantz |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT**

Plaintiff Maria Tapia-Rendon respectfully moves this Court pursuant to Fed. R. Civ. P. 23(e) for an order finally approving her class action settlement with Defendant United Tape & Finishing Co., Inc. Plaintiff's motion is based on her accompanying memorandum of points and authorities, the declaration of Thomas R. Kayes, the declaration of J. Dominick Larry, the Declaration of the Lisa Simmons of Analytics LLC, the Declaration of James Borcia, and the exibits thereto, all filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this Court: (1) confirm its appointment of her as Class Representative; (2) confirm its appointment of J. Dominick Larry of Nick Larry Law LLC and Thomas R. Kayes of the Civil Rights Group, LLC as Class Counsel; (3) finally approve the proposed Settlement Agreement; (4) award Plaintiff the requested incentive award; (5) enter the proposed final approval order and judgment; and (6) grant such other relief as the Court deems reasonable and just.

|  |  |
|---|---|
| Dated: April 28, 2023 | Respectfully submitted,<br><br>**MARIA TAPIA-RENDON,** individually and on behalf of all others similarly situated,<br><br>s/ J. Dominick Larry<br>One of Plaintiff's Attorneys |

Thomas R. Kayes
THE CIVIL RIGHTS GROUP, LLC
2045 W. Grand Ave., Suite B, PMB 62448
Chicago, IL 60612
708.722.2241
tom@civilrightsgroup.com

J. Dominick Larry
NICK LARRY LAW LLC
1720 W. Division St.
Chicago, IL 60622
773.694.4669
nick@nicklarry.law

*Counsel for Plaintiff and the Settlement Class*