UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA TAPIA-RENDON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WORKEASY SOFTWARE, LLC,<br><br>*Defendant*. | Case No. 1:21-cv-3400<br><br>Judge: Hon. Matthew F. Kennelly<br><br>Magistrate: Hon. Beth W. Jantz |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff Maria Tapia-Rendon respectfully moves this Court, without opposition from Defendant WorkEasy Software, LLC, pursuant to Fed. R. Civ. P. 23(e) for an order preliminarily approving her class action settlement with Defendant WorkEasy Software, LLC and its insurers, and approving of the proposed notice and directing its issuance. Plaintiff's motion is based on her accompanying memorandum of points and authorities, the declaration of J. Dominick Larry, and the exbibits thereto, all filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this Court: (1) preliminarily approve the proposed Settlement Agreement; (2) approve the form and methods of the proposed notice; (3) order the issuance of notice; and (4) grant such other relief as the Court deems reasonable and just.

Dated: November 24, 2025

Thomas R. Kayes
LOEVY + LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
T: 312.243.5900
kayes@loevy.com

J. Dominick Larry
NICK LARRY LAW LLC
1720 W. Division St.
Chicago, IL 60622
773.694.4669
nick@nicklarry.law

*Class Counsel*

Respectfully submitted,

**MARIA TAPIA-RENDON,** individually and on behalf of all others similarly situated,

s/ J. Dominick Larry
One of Plaintiff's Attorneys